UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Southern Division
Docket No. 7:01-M-22-1

| | |
|---|---|
| **United States Of America** ) | |
| ) | **JUDGMENT** |
| vs. ) | |
| ) | |
| **Carmen Louisa Rios** ) | |

On October 22, 2001, Carmen Louisa Rios appeared before the Honorable William A. Webb, U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Inhaling Fumes for the Purpose of Causing Intoxication, 18 U.S.C. § 13 and North Carolina General Statute § 90-113.10, was sentenced to a 6-month term of probation.

From evidence presented at the revocation hearing on March 24, 2011, the court finds as a fact that Carmen Louisa Rios, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Failure to notify the probation officer ten days prior to any change in residence/absconding.
2. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
3. Using a controlled substance.
4. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 44 days (Time Served- Defendant to be released today).

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 24th day of March, 2011.

James E. Gates
U.S. Magistrate Judge